THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK H. LEHMAN, Appellant, against FREDERICK L. MOOREHEAD, as Warden of the City Prison, Brooklyn, Respondent.

(Submitted November 16, 1936; decided November 24, 1936.)

Motion for reargument or to amend remittitur denied. (See 272 N. Y. 531.)

In the Matter of the Estate of JOHN M. GLEN, Deceased.

ELEANOR GLEN, Individually and as Administratrix with the Will Annexed of the Estate of JOHN M. GLEN, Deceased, et al., Appellants; JOHN GLEN, Respondent.

(Submitted November 16, 1936; decided November 24, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 530.)